No. 99–9309. STOCKENAUER v. KAPTURE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–9310. RISLEY v. SCOTT, FORMER DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–9311. JACKSON v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–9312. MERILATT v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 99–9313. WILLIAMS v. CHOATE, SHERIFF, BOWIE COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–9318. JACOBSEN-WAYNE v. KAM ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9324. SANGSTER v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9338. MAFFE v. SCOTT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9340. SAVIOR v. HUMPHREY ET AL. Ct. App. Minn. Certiorari denied.

No. 99–9342. WALSH v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9343. WARD v. TERRANGI, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 99–9344. WILLIAMS v. NEWSWEEK, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9352. KREPS v. PESINA ET AL. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 99–9353. MARCELLO v. MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 99–9356. BAILEY v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 3d Cir. Certiorari denied.